**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-0017 |
| ) | |
| **WILLIAM GIRALDO CABANZO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

    **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 23, 2024, ECF No. 45, recommending that the Defendant's plea of guilty to Count Two of the Superseding Indictment, a violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), be accepted, and the defendant be adjudged guilty. Also before the Court is Defendant's Motion to Accept Guilty Plea and Expedite Sentencing – Unopposed. (ECF No. 46.) After careful consideration and review, and there being no objection, it is hereby

    **ORDERED** that Defendant's Motion to Accept Guilty Plea and Expedite Sentencing, ECF No. 46, is **GRANTED;** it is further

    **ORDERED** that the Report and Recommendation, ECF No. 45, is **ADOPTED;** it is further

    **ORDERED** that Defendant William Giraldo Cabanzo's plea of guilty as to Count Two of the Superseding Indictment is **ACCEPTED**, and that William Giraldo Cabanzo is adjudged **GUILTY** on that count; it is further

    **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

    **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **November 27, 2024;** it is further

*United States v. William Giraldo Cabanzo*
Case No. 3:24-cr-0017
Order
Page **2** of **2**

      **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 6, 2024;** it is further

      **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **December 13, 2024;** it is further

      **ORDERED** that the parties shall file their sentencing memoranda no later than **December 18, 2024;** it is further

      **ORDERED** that a sentencing hearing shall be held on **December 20, 2024, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** November 7, 2024                   */s/ Robert A. Molloy*
                                                               **ROBERT A. MOLLOY**
                                                               **Chief Judge**